president of the finance company. Moreover, in awarding damages the trial judge did not rigorously apply Landfield's assessments to the value of the property. Landfield stated that the collateral was worth $6,240.00 at the time of the loan, and the damages awarded amounted to only $4,115.63, the balance owed to the Landfield company by the Rossmillers.

The judgment is affirmed.

Judgment affirmed.

McGLOON, P. J., and McNAMARA, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. ALVIN JOHNSON et al., Defendants-Appellants.

(Nos. 54428, 54429 cons.;

First District—January 7, 1972.

Opinion by Mr. JUSTICE DRUCKER.

Gerald W. Getty, Public Defender, of Chicago, (Nunzio Dan Tisci, Shelvin Singer and James J. Doherty, Assistant Public Defenders, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Stephen R. Kramer, Assistant State's Attorneys, of counsel,) for the People.